IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRUCE SHANE MCCONNELL, #84747 | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-1188 |
| DENTON COUNTY JAIL | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Bruce Shane McConnell, a detainee in the Denton County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the Denton County Jail.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) [Dkt. 6].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED. A final judgment will be entered in accordance with the recommendations of the magistrate judge.

**SIGNED this 24th day of November, 2026.**

Michael J. Truncale
Michael J. Truncale
United States District Judge